UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO: CR-08-2064-FVS |
| vs. | ) | |
| | ) | ORDER DISMISSING |
| | ) | INDICTMENT |
| BENJAMIN RIVERA-SANCHEZ, | ) | |
| Defendant. | ) | |

Before the Court is the government's motion to dismiss the Indictment.

Having reviewed the record and finding that good cause exists,

IT IS HEREBY ORDERED that the government's motion to dismiss the Indictment is granted.

DATED this 16th day of September, 2008.

s/ Fred Van Sickle
_____
FRED VAN SICKLE
SENIOR UNITED STATES DISTRICT JUDGE